[No. 30446-1-I.     Division One.     June 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
MARVIN GREENE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-06305-9, Joan E. DuBuque, J., entered
March 17, 1992. *Dismissed* by unpublished per curiam opin-
ion.

[No. 32481-1-I.     Division One.     June 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN
GREGORY OTT, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-01241-8, Richard J. Thorpe, J.,
entered February 11, 1993. *Dismissed* by unpublished per
curiam opinion.

[No. 30703-7-I.     Division One.     June 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
C. MAYO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-06934-6, Bobbe J. Bridge, J., entered May
11, 1992. *Dismissed* by unpublished per curiam opinion.

[No. 30262-1-I.     Division One.     June 27, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK
GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02998-5, Robert E. Dixon, J., entered March
4, 1992. *Dismissed* by unpublished per curiam opinion.